UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BANKS, and individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEFA GONZALEZ-HASTINGS, DAVID HASTINGS, Does 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 2:16-cv-02025-TJH-AJWx<br><br><br><br>**ORDER**<br><br>**DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]**<br><br><br><br>[Honorable Terry J. Hatter] |

la-1365148

**<u>ORDER</u>**

The Court, having reviewed the Parties' Joint Stipulation for Dismissal of Entire Action with Prejudice, and good cause appearing:

IT IS HEREBY ORDERED that:

All claims and counterclaims by all parties are dismissed with prejudice. Each party is to bear its own fees and costs.

Dated: November 6, 2017    *Terry J. Hatter, Jr.*
_____

The Honorable Terry J. Hatter, Jr.
United States District Judge